HORACE W. GARLAND et al., Respondents, *v.* CORTLAND S. VAN RENSSELAER, Impleaded, etc., Appellant.

(Submitted November 27, 1893; decided December 12, 1893.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made July 28, 1893, which affirmed an order of Special Term denying a motion by the defendants Van Rensselaer to vacate a judgment in favor of plaintiff entered upon an order overruling a demurrer to the complaint.

*Isaac N. Miller* for appellant.

*E. C. & C. P. Cowles* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

THE BRECKENRIDGE COMPANY, Limited, Respondent, *v.* JAMES D. PERKINS et al., Appellants.

(Argued November 27, 1893; decided December 12, 1893.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made October 13, 1893, which affirmed an order of Special Term granting an application by plaintiff for the appointment of a referee to hear and determine.

*Charles Edward Souther* for appellants.

*William B. B. Bristow* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.